# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FARHAD FRED HAFEZI, <br><br> Petitioner, <br><br> v. <br><br> CALVIN REMINGTON, <br><br> Respondent. | Case No. CV 16-3374-JAK (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. Respondent did not file objections. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss the First Amended Petition ("FAP") is denied.

IT IS FURTHER ORDERED that Respondent file an answer to the FAP within thirty-five (35) days of this order. Petitioner may file a reply within twenty-one (21) days of service of Respondent's Answer.

Date: October 31, 2019

_____
JOHN A. KRONSTADT
United States District Judge