JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FARHAD FRED HAFEZI,<br><br>Petitioner,<br><br>v.<br><br>CALVIN REMINGTON,<br><br>Respondent. | No. CV 16-03374-JAK (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: September 16, 2020

_____
JOHN A. KRONSTADT
United States District Judge